IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 5-05-cr-00031-001 |
| v. | **ORDER** |
| JAMES C. GRAHAM | By: Hon. Glen E. Conrad<br>United States District Judge |

Pursuant to a Report and Recommendation filed May 19, 2006, and in the absence of any objection thereto, it is now

ORDERED

that the report and recommendation is ADOPTED, and inasmuch as the defendant has declined to plead guilty in this case, which was transferred to this district pursuant to Rule 20 of the Federal Rules of Criminal Procedure, the Clerk shall enter a plea of Not Guilty on defendant's behalf.

The Clerk shall certify copies of this Order to all parties.

Entered this 19th of June, 2006.

UNITED STATES DISTRICT JUDGE